judgment vacated, and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his brief filed April 13, 1987. In all other respects the petition for writ of certiorari is denied.

No. A–727. BLACK v. UNITED STATES. Application for bail pending appeal, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–786. RECTOR v. TEXAS. Application to continue stay of mandate of the Court of Criminal Appeals of Texas, presented to JUSTICE WHITE, and by him referred to the Court, granted pending the filing of a petition for writ of certiorari on or before June 3, 1987. In the event the petition for writ of certiorari is filed by that date, this order is to continue pending final disposition by this Court of the petition for writ of certiorari.

No. D–606. IN RE DISBARMENT OF KNOWLES. Disbarment entered. [For earlier order herein, see 479 U. S. 1078.]

No. D–615. IN RE DISBARMENT OF ABRAHAMS. Disbarment entered. [For earlier order herein, see 480 U. S. 914.]

No. D–632. IN RE DISBARMENT OF WHITTED. It is ordered that Earl Whitted, Jr., of Goldsboro, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 86–6124. BENNETT v. ARKANSAS. Sup. Ct. Ark. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 86–6442. LIEGL v. WEBB, ACTING COMMISSIONER, NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES, ET AL. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until May 26, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari